UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARLTON HART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:10-cv-01691-WTL-DML |
| | ) |
| CHRISTINE MANNINA, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

The Court having granted summary judgment in favor of all Defendants in the above cause, judgment is hereby entered in favor of the Defendants and against Plaintiff Carlton Hart on all claims in the Plaintiff's Third Amended Complaint.

SO ORDERED:   01/15/2014

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification